UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYLER HALL,

    Plaintiff,

v.                                           Case No. 3:25cv767-MCR-HTC

UNNAMED DEFENDANTS,

    Defendants.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on July 7, 2025. *See* ECF No. 16. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED for failure to prosecute and to comply with Court orders.

3. The Motion to Appoint Counsel, ECF No. 17, is DENIED.  *See Bass v. Perrin*, 170 F.3d 1312 (11th Cir. 1999); *see also Kilgo v. Ricks*, 983 F.2d 189 (11th Cir. 1993).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**